**John Harry McGOUGH and Meyer Joseph Cohen, Appellants, v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 12591.

United States Court of Appeals
Fifth Circuit.

May 9, 1949.

Meyer Joseph Cohen, of Atlanta, Ga., in prop. per., for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the lower Court must be affirmed because of the failure of the petitioner to comply with § 2255, Title 28, U.S.C.A.[1] Moreover, we find no reversible error in the case otherwise.

Judgment is affirmed.

**William V. HUDSON, Appellant, v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 12624.

United States Court of Appeals
Fifth Circuit.

May 9, 1949.

William V. Hudson, of Atlanta, Ga., in pro. per., for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the lower Court must be affirmed because of the failure of the petitioner to comply with Sec. 2255, Title 28 U.S.C.A.[1] Moreover, we find no reversible error in the case otherwise.

Judgment is affirmed.

**UNITED STATES et al. v. ARCHER.**

No. 4390.

United States Court of Appeals
First Circuit.

May 11, 1949.

---

[1] See opinion of this Court in Martin v. Hiatt, Warden, 1949; 174 F.2d 350.

174 F.2d—23